ACCEPTED
12-14-00223-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/7/2015 11:48:35 AM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

4/7/2015 11:48:35 AM

CATHY S. LUSK
Clerk

7 APRIL 2015

Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, TX 75702

**Re: Bonnie Wheeler v. State**
     **112-14-00223-14**

Ms. Lusk:

Please find enclosed a copy of the letter sent to Mr. Wheeler regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.


                    Sincerely,


                    /s/ Austin Reeve Jackson

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _K. Perry_    ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 4-2

. Article Addressed to:

Mr Earnest Browning
Smith County Jail
206 E Elm St.

Tyler TX 75702

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number                7014 1820 0001 9098 8558
(Transfer from service label)

S Form 3811, July 2013        Domestic Return Receipt

27 MARCH 2015

Mr. Earnest Browning
206 E Elm St Inmate
Tyler, TX 75702

**Re: Opinion**

Mr. Browning,

Please find enclosed a copy of opinion issued by the Twelfth Court of Appeals in your case. The Court has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals. If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion. That is by, 24 April 2015.

I would be happy to address any questions or concerns you have if you will simply let me know.

Sincerely,

Austin Reeve Jackson